**In re UNITED STATES GUARANTY CORPORATION.**

**ALLEN et al. v. KEMP.**

**SAME v. JENKINS.**

Nos. 7047, 7046.

Circuit Court of Appeals, Ninth Circuit.

Jan. 27, 1933.

Mitchell, Silberberg & Knupp, of Los Angeles, Cal., for petitioners.

Before WILBUR and SAWTELLE, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

Applications for leave to appeal denied. An appeal lies from the order of the court allowing or disallowing creditors' claims. We see no reason for reviewing an interlocutory order of the court permitting a creditor to contest the claims of other creditors. See, on this general subject, In re Gelino's Inc. (C. C. A.) 51 F.(2d) 875. The question as to whether or not a creditor who has opposed the allowance of the claims of other creditors can appeal from the order allowing the claim is not involved upon this application.